```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 04 B 39918
   DELRAYER K SIMS
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-1618

-------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 10/27/2004 and was confirmed 04/26/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  18.00%.

     The case was dismissed after confirmation 10/04/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
-------------------------------------------------------------------------------
KEY BANK USA               CURRENT MORTG        .00             .00             .00
KEY BANK                   NOTICE ONLY    NOT FILED             .00             .00
KEY BANK USA               MORTGAGE ARRE   6104.58             .00         4730.45
CITY OF CHICAGO WATER DE   SECURED          418.41             .00          324.23
COUNTRYWIDE HOME LOANS     CURRENT MORTG        .00             .00             .00
COUNTRYWIDE HOME LOANS     NOTICE ONLY    NOT FILED             .00             .00
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE  10378.10             .00         8042.01
ALARM DETECTION SYSTEMS    UNSECURED      NOT FILED             .00             .00
BLACK EXPRESSION           UNSECURED      NOT FILED             .00             .00
BLACK EXPRESSIONS          NOTICE ONLY    NOT FILED             .00             .00
CAPITAL ONE BANK           UNSECURED      NOT FILED             .00             .00
CARSON PIRIE SCOTT         UNSECURED      NOT FILED             .00             .00
ECAST SETTLEMENT CORP      UNSECURED        750.02             .00             .00
GATEWAY                    UNSECURED      NOT FILED             .00             .00
INTERNAL REVENUE SERVICE   UNSECURED       2638.55             .00             .00
LERNER DIRECT              UNSECURED      NOT FILED             .00             .00
LERNER DIRECT              NOTICE ONLY    NOT FILED             .00             .00
JC PENNEY                  UNSECURED      NOT FILED             .00             .00
MONTGOMERY WARD            UNSECURED      NOT FILED             .00             .00
ECAST SETTLEMENT CORP      UNSECURED        676.22             .00             .00
MARSHALL FIELDS            UNSECURED      NOT FILED             .00             .00
SPIEGEL                    UNSECURED      NOT FILED             .00             .00
INTERNAL REVENUE SERVICE   PRIORITY       13191.90             .00             .00
ECAST SETTLEMENT CORP      UNSECURED        757.61             .00             .00
ECAST SETTLEMENT CORP      UNSECURED       1049.24             .00             .00
ERNESTO D BORGES JR        DEBTOR ATTY     2,200.00                       2,200.00
TOM VAUGHN                 TRUSTEE                                          837.01
DEBTOR REFUND              REFUND                                              .00

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 39918 DELRAYER K SIMS
```

```
--------------------------------------------------------------------------------
TRUSTEE                                     16,133.70

PRIORITY                                                              .00
SECURED                                                         13,096.69
UNSECURED                                                             .00
ADMINISTRATIVE                                                   2,200.00
TRUSTEE COMPENSATION                                               837.01
DEBTOR REFUND                                                         .00
                                         ---------------    ---------------
TOTALS                                      16,133.70           16,133.70
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                       /s/ Tom Vaughn
    Dated:  01/28/08                 _____
                                       TOM VAUGHN
                                       CHAPTER 13 TRUSTEE
```